| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424<br>Federal Defender |
| 2 | MATTHEW C. BOCKMON, Bar # 161566<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814<br>Telephone: (916) 498-5700 |
| 5 | |
| 6 | Attorney for Defendant<br>MARCOS SURITA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-S-11-244 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED] ORDER** |
| v. | ) | **TO CONTINUE STATUS CONFERENCE AND** |
| | ) | **TO EXCLUDE TIME** |
| MARCOS SURITA, | ) | |
| | ) | Date: December 9, 2011 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Garland E. Burrell, Jr. |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, William S. Wong, Assistant United States Attorney, attorney for Plaintiff, and Matthew C. Bockmon, Assistant Federal Defender, attorney for Defendant, MARCOS SURITA, that the status conference hearing date of Friday, October 28, 2011, be vacated and a new status conference hearing date of Friday, December 9, 2011, at 9:00 a.m., be set.

The reason for this continuance is because the parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the date of the signing of this order, through and including December 9, 2011, pursuant to 18 U.S.C.

/ / /

/ / /

§3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served by granting the continuance outweigh the best interest of the public and the defendant to a speedy trial.

Dated: October 26, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
MARCOS SURITA

Dated: October 26, 2011

BENJAMIN B. WAGNER
United States Attorney

/s/ Matthew C. Bockmon for
WILLIAM S. WONG
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on October 27, 2011, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Friday, October 28, 2011, be vacated and that the case be set for **Friday, December 9, 2011, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including December 9, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated: October 27, 2011

GARLAND E. BURRELL, JR.
United States District Judge

2