1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar # 161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  MARCOS SURITA

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   NO. CR-S-11-244 GEB
                                    )
12              Plaintiff,          )
                                    )   **STIPULATION AND [PROPOSED] ORDER**
13       v.                         )   **TO CONTINUE STATUS CONFERENCE AND**
                                    )   **TO EXCLUDE TIME**
14 MARCOS SURITA,                   )
                                    )   Date:  February 17, 2012
15              Defendant.          )   Time:  9:00 a.m.
                                    )   Judge: Garland E. Burrell, Jr.
16 _____  )

17       IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel,

18 William S. Wong, Assistant United States Attorney, attorney for Plaintiff, and Matthew C. Bockmon,

19 Assistant Federal Defender, attorney for Defendant, MARCOS SURITA, that the status conference hearing

20 date of Friday, January 27, 2012, be vacated and a new status conference hearing date of Friday, February 17,

21 2012, at 9:00 a.m., be set.

22       The reason for this continuance is because defense counsel needs additional time for attorney/client

23 consult at Butte County Jail and forthcoming plea agreement from the government.

24       It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the

25 date of the signing of this order, through and including February 17, 2012, pursuant to 18 U.S.C.

26 / / /

27 / / /

28 / / /

§3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served by granting the continuance outweigh the best interest of the public and the defendant to a speedy trial.

Dated: January 24, 2012

                                                      Respectfully submitted,

                                                    DANIEL J. BRODERICK
                                                    Federal Defender

                                                    */s/ Matthew C. Bockmon*
                                                    MATTHEW C. BOCKMON
                                                    Assistant Federal Defender
                                                    Attorney for Defendant
                                                    MARCOS SURITA

Dated: January 24, 2012                     BENJAMIN B. WAGNER
                                                  United States Attorney

                                                    */s/ Matthew C. Bockmon for*
                                                    WILLIAM S. WONG
                                                    Assistant U.S. Attorney
                                                    Attorney for Plaintiff

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on January 25, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Friday, January 27, 2012, be vacated and that the case be set for **Friday, February 17, 2012, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including February 17, 2012, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated: January 25, 2012

                                                   GARLAND E. BURRELL, JR.
                                                   United States District Judge

3