```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar # 161566
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California  95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  MARCOS SURITA
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )   NO. CR-S-11-244 GEB
                                   )
12          Plaintiff,             )
                                   )   STIPULATION AND [PROPOSED] ORDER
13      v.                         )   TO CONTINUE STATUS CONFERENCE AND
                                   )   TO EXCLUDE TIME
14  MARCOS SURITA,                 )
                                   )   Date:  March 30, 2012
15          Defendant.             )   Time:  9:00 a.m.
                                   )   Judge: Garland E. Burrell, Jr.
16  _____ )
```

17      IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, William S. Wong, Assistant United States Attorney, attorney for Plaintiff, and Matthew C. Bockmon, Assistant Federal Defender, attorney for Defendant, MARCOS SURITA, that the status conference hearing date of Friday, March 9, 2012, be vacated and a new status conference hearing date of Friday, March 30, 2012, at 9:00 a.m., be set.

        The reason for this continuance is because a plea agreement has been received from the government. Although defense counsel met with the client at the Butte County Jail yesterday, additional time is needed to allow Mr. Surita sufficient time to consider the government's offer and for further attorney-client consult.

        It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the date of the signing of this order, through and including March 30, 2012, pursuant to 18 U.S.C.

/ / /

/ / /

§3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served by granting the continuance outweigh the best interest of the public and the defendant to a speedy trial.

Dated: March 7, 2012

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        */s/ Matthew C. Bockmon*
                                        MATTHEW C. BOCKMON
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        MARCOS SURITA

Dated: March 7, 2012                       BENJAMIN B. WAGNER
                                        United States Attorney

                                        */s/ Matthew C. Bockmon for*
                                        WILLIAM S. WONG
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

## O R D E R

Based on the reasons set forth in the stipulation of the parties filed on March 7, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Friday, March 9, 2012, be vacated and that the case be set for **Friday, March 30, 2012, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including March 30, 2012, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated: March 7, 2012

                                                                           _____
                                                                           GARLAND E. BURRELL, JR.
                                                                           United States District Judge