DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARCOS SURITA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCOS SURITA,<br><br>Defendant. | NO. CR-S-11-244 GEB<br><br>**STIPULATION AND ORDER**<br>**TO VACATE STATUS CONFERENCE AND**<br>**TO SET CHANGE OF PLEA HEARING AND**<br>**EXCLUDE TIME**<br><br>Date: April 13, 2012<br>Time: 9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, William S. Wong, Assistant United States Attorney, attorney for Plaintiff, and Matthew C. Bockmon, Assistant Federal Defender, attorney for Defendant, MARCOS SURITA, that the status conference currently set for Friday, March 30, 2012, be vacated and a change of plea hearing date of Friday, April 13, 2012, at 9:00 a.m., be set.

The reason for this continuance is because additional time is needed for defense preparation and for travel to Butte County Jail to consult further with the client.

It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the date of the signing of this order, through and including April 13, 2012, pursuant to 18 U.S.C.

/ / /

/ / /

/ / /

§3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served by granting the continuance outweigh the best interest of the public and the defendant to a speedy trial.

Dated: March 29, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
MARCOS SURITA

Dated: March 29, 2012

BENJAMIN B. WAGNER
United States Attorney

/s/ Matthew C. Bockmon for
WILLIAM S. WONG
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on March 29, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Friday, March 30, 2012, be vacated and that the case be set for change of plea hearing on **Friday, April 13, 2012, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including April 13, 2012, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated: March 29, 2012

GARLAND E. BURRELL, JR.
United States District Judge